[Civ. No. 668.  Second Appellate District.—September 10, 1909.]

WILLOW LAND COMPANY, a Corporation, Appellant, v. MAX GOLDSCHMIDT and M. KUJAWSKY, Respondents.

APPEAL—DISMISSAL—ORDER DISMISSING APPEAL FROM JUSTICE'S COURT —UNAUTHENTICATED RECORD.—An appeal taken from an order of the superior court dismissing an appeal from a justice's court will be dismissed on grounds including the fact that there is no authentication of the record by bill of exceptions or otherwise.

ID.—INEFFECTUAL APPEAL—ABSENCE OF BOND, DEPOSIT, OR WAIVER.— Such appeal will also be dismissed on the ground that it is ineffectual for want of any undertaking on appeal, or deposit prescribed by section 941 of the Code of Civil Procedure, nor any waiver thereof.

ID.—WANT OF JURISDICTION OF APPEAL.—The appeal from such order will also be dismissed for want of jurisdiction of the appeal, inasmuch as the amount involved therein is less than the sum of $300.

MOTION of respondent to dismiss an appeal from an order of the Superior Court of Orange County, dismissing an appeal from the Justice's Court of Huntington Beach Township.  Z. B. West, Judge.

The facts are stated in the opinion of the court.

S. S. Sanders, for Appellant.

R. Y. Williams, for Respondents.

SHAW, J.—This purports to be an appeal from an order made by the superior court of Orange county dismissing an appeal had and taken to that court from the justice's court of Huntington Beach township.

The action as brought in the justice's court appears to have been for the recovery of certain personal property of the alleged value of $144, and damages claimed for the detention thereof in the sum of $155.99.

The appeal must be dismissed upon several grounds: 1. There is no authentication of the record by bill of exceptions or otherwise, in the absence of which the documents

and papers printed in the transcript constitute no record which can be reviewed by this court. 2. The appeal is ineffectual by reason of the fact that neither the undertaking on appeal nor deposit prescribed by section 941, Code of Civil Procedure, has been given or made, nor was there any waiver thereof. 3. The amount involved being less than $300, this court has no jurisdiction thereof on appeal. (Const., art. VI, sec. 4.) 4. Other reasons.

The appeal is dismissed without the imposition of penalty.

Allen, P. J., and Taggart, J., concurred.